

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALETHEA PIETRI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>　　　　　　　Defendants. | CASE NO. 1:20-cv-08400-KPF<br><br>HON. KATHERINE POLK FAILLA, U.S.D.J.<br>HON. BARBARA C. MOSES, U.S.M.J.<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY** |

Pursuant to Local Civil Rule 77.1, the parties would like to advise the Court that a settlement in principle has been reached in the Alethea Pietri v. Ethicon, Inc. et al. matter, as part of a larger global settlement in principle involving multiple plaintiffs.

It will likely take several months before the settlement of this case will be finalized. As a result, the parties jointly request the matter be moved to inactive status and/or that all deadlines and other requirements be stayed until such time as the settlement can be concluded and the case can be dismissed with prejudice.

In the event the global settlement is not finalized, the parties will promptly inform Your Honor so that it can be restored to the active docket of this Court.

1

| Dated: May 17, 2021 | Respectfully submitted, |
|---|---|
| */s/ Bradford J. Gilde* | */s/ Kelly S. Crawford* |
| Bradford J. Gilde | Kelly S. Crawford |
| */s/ Dana Lizik* | */s/ Maha M. Kabbash* |
| Dana Lizik | Maha M. Kabbash |
| JOHNSON LAW GROUP | */s/ Diana Katz Gerstel* |
| 2925 Richmond Avenue, Suite 1700 | Diana Katz Gerstel |
| Houston, TX 77375 | RIKER DANZIG SCHERER HYLAND |
| (713) 626-9336 |   & PERRETTI, LLP |
| bgilde@johnsonlawgroup.com | Headquarters Plaza |
| dlizik@johnsonlawgroup.com | One Speedwell Plaza |
| *Attorneys for Plaintiff* | Morristown, NJ 07962 |
|  | (973) 538-0800 |
| */s/ Nicholas Rocco Farnolo* | mkabbash@riker.com |
| Nicholas Rocco Farnolo | dgerstel@riker.com |
| NAPOLI SHKOLNIK PLLC | kcrawford@riker.com |
| 360 Lexington Avenue, 11th Floor | *Attorneys for Defendants* |
| New York, NY 10017 | *Ethicon, Inc. and Johnson & Johnson* |
| (212) 397-1000 |  |
| nfarnolo@napolilaw.com |  |
| *Attorneys for Plaintiff* |  |

```
Application GRANTED.  The parties shall submit a joint status update on
or by August 17, 2021.  It is hereby ORDERED that all deadlines and
proceedings in this case are stayed pending further order of the Court.

Dated:    May 17, 2021            SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```